IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.  1:24-cv-03530-CJN |
| UDC DAVID A. CLARKE SCHOOL OF LAW, et al., | : | |
| Defendants. | : | |

**DEFENDANT BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA'S MOTION TO STRIKE PLAINTIFF'S "SUPPORT FOR EMERGENCY PRELIMINARY INJUNCTION" AND PLAINTIFF'S SEALED DOCUMENTS FILED IN SUPPORT THEREOF**

Defendant Board of Trustees of the University of the District of Columbia ("University"), incorrectly named in the caption as UDC David A. Clarke School of Law, hereby files this Motion to Strike ("Motion") Plaintiff's "Support for Emergency Preliminary Injunction" and Plaintiff's Sealed Documents filed in support thereof. *See* ECF 28 & 29.

In support of this Motion, the University states as follows:

1. On March 7, 2025, Plaintiff filed a motion seeking an "Emergency Preliminary Injunction" (hereafter "PI Motion"). ECF 23.

2. By Minute Order dated March 9, 2025, the Court ordered the Parties to meet and confer on a briefing schedule for Plaintiff's PI Motion, and submit a joint status report by March 12, 2025.

3. The Parties conferred on March 11, 2025, and filed a Joint Status Report on March 12, 2025. ECF 25. As reflected in the Joint Status Report, the Parties jointly proposed that

Plaintiff file any documents in support of her PI Motion by March 13, 2025, and the University file its brief and supporting documents by March 18, 2025. ECF 25.

4. By Minute Order dated March 12, 2025, the Court Ordered, among other things, that Plaintiff file any further brief in support of her PI Motion on or before March 13, 2025, and that Defendant file its response on or before March 18, 2025.

5. Plaintiff did not file any documents by the Court's March 13, 2025 deadline.

6. In accordance with the Court's March 12, 2025 Minute Order, the University filed its Opposition to Plaintiff's PI Motion, and supporting Declarations, on March 18, 2025. ECF 27.

7. On the morning of March 19, 2025, undersigned counsel received, via CM/ECF, Plaintiff's "Support for Emergency Preliminary Injunction" when the document was uploaded by the Court to the electronic docket. *See* Notice of Electronic Filing (attached as Exhibit A). Upon review of the document, Plaintiff's Support for Emergency Preliminary Injunction contains a file-stamp of the Court dated March 14, 2025, ECF 28, and the Court's Notice of Electronic Filing indicates the document was filed on March 14, 2025. *See* Exhibit A. Thus, Plaintiff's filing is untimely and in violation of the Court's Order, as it was not filed by the Court's March 13, 2025 deadline. Moreover, undersigned counsel received Plaintiff's filing for the first time on the morning of March 19, 2025 when it was uploaded by the Court – after the University had already filed its Opposition to Plaintiff's PI Motion. Despite Plaintiff's Certificate of Service, *see* ECF 28, Plaintiff did not serve undersigned counsel on March 13, 2025 – or March 14, 2025, or at any time.

8. Also on the morning of March 19, 2025, undersigned counsel received, via CM/ECF, notification of Sealed Documents filed by Plaintiff in support of her "Support for Emergency Preliminary Injunction". *See* Notice of Electronic Filing (attached as Exhibit B). The

Notice of Electronic Filing indicates the Sealed Documents were also filed with the Court on March 14, 2025. *See id.* Thus, this filing is also untimely and in violation of the Court's Order, as it was not filed by the Court's March 13, 2025 deadline. Moreover, undersigned counsel is unable to access the sealed documents via CM/ECF, and Plaintiff has not served undersigned counsel with the documents.

9. This is not the first time Plaintiff has failed to serve undersigned counsel, as counsel has pointed out repeatedly in prior filings.

10. Plaintiff applied for, and was granted, access to CM/ECF. *See* Feb. 21, 2025 Minute Order. For whatever reason, Plaintiff chose not to file the documents at issue (ECF 28 and 29) via CM/ECF, even though she has filed other documents via CM/ECF. *See* ECF 22, 23, 24.

11. Both of Plaintiff's filings on March 14, 2025, ECF 28 and 29, should be stricken and disregarded by this Court as untimely and in violation of this Court's March 12, 2025 Minute Order.

12. Via email dated March 19, 2025, undersigned counsel sought Plaintiff's position on a Motion to Strike. As of the filing of this Motion, Plaintiff has not responded to that email.

WHEREFORE, the University respectfully requests this Court grant its Motion to Strike and strike Plaintiff's March 14, 2025 filings, ECF 28 and ECF 29, from the docket and disregard the filings. In the event the Court decides to consider Plaintiff's untimely filings, the University requests the Court Order Plaintiff to provide undersigned counsel with a copy of the sealed documents and that the University be given sufficient time to file a response, as the University

was not in receipt of Plaintiff's untimely filings at the time it filed its Opposition and supporting Declarations to Plaintiff's PI Motion on March 18, 2025.[1]

Respectfully submitted,

                                         */s/ Anessa Abrams*
                                     Anessa Abrams (DC Bar No. 448789)
                                     aabrams@fordharrison.com
                                     **FORDHARRISON LLP**
                                     2000 M Street, N.W., Suite 505
                                     Washington, DC 20036
                                     (202) 719-2000
                                     (202) 719-2077 (facsimile)

                                     *Attorney for Defendant*
                                     *Board of Trustees of the*
                                     *University of the District of Columbia*

---

[1] As noted in the Joint Status Report, undersigned counsel will be out of town March 20-March 23, 2025.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2025, I caused a true and correct copy of the foregoing **DEFENDANT BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA'S MOTION TO STRIKE PLAINTIFF'S "SUPPORT FOR EMERGENCY PRELIMINARY INJUNCTION" AND PLAINTIFF'S SEALED DOCUMENTS FILED IN SUPPORT THEREOF** to be filed with the Court using the Court's CM/ECF electronic filing system, which system will automatically serve the *pro se* Plaintiff:

Jane Doe
4301 50th Street, NW, Suite 300 #1140
Washington, DC 20016

*Pro Se Plaintiff*

/s/ Anessa Abrams
Anessa Abrams

WSACTIVELLP:114087970.1