# EXHIBIT A

SCREENSHOT - At 10:57 a.m., the recording captures me telling Dean Brookes that requiring a permanently disabled student to re-verify their status every few months is illegal under DOJ and Department of Education regulations. Earlier, at 10:10 a.m., you can hear me speaking with Professor John Brittain, confirming that the school's re-verification mandate is unlawful. *JANE DOE name in red circle.

