**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JANE DOE**,
Plaintiff,

**Civil Action No. 1:24-cv-03530-CJN**

v.

**UDC DAVID A. CLARKE SCHOOL OF LAW, et al**.,
Defendants.

**LETTER TO JUDGE CARL J. NICHOLS**

Your Honor,

I sincerely apologize for unintentionally interrupting you during our Hearing. As a third-year law student, I have the utmost respect for the Court and would never knowingly act in a manner that could be perceived as disrespectful to a federal judge.

Approximately ten minutes before the hearing, I experienced severe concussion-related symptoms and fainted. When the call began, I was still physically incapacitated, visibly shaking and disoriented. In that moment, I was so impaired that I could not even recall how to mute my phone when instructed by the clerk. Because the proceeding was held via telephone without visual cues, I mistakenly interpreted a pause as the conclusion of **your remarks**. I deeply regret if this gave any impression of disrespect.

Due to my physical condition during the call, I recognize that I was unable to clearly and effectively present the evidence previously submitted to the record. Despite these circumstances, I respectfully request that the Court continue to carefully consider this evidence, particularly given significant inconsistencies and misrepresentations of material facts in the defendants' declarations and pleadings, as clearly evidenced by email exhibits.

Furthermore, I appreciate Your Honor's concerns regarding the applicability and authority of guidelines from the Department of Justice and the Department of Education, along with relevant binding precedents within this Circuit. It is my respectful hope that a D.C. jury, as the finder of fact, will have the opportunity to clearly evaluate and affirm these issues as Black Letter Law.

Thank you very much for your patience, understanding, and consideration. Additionally, thank you for your valuable feedback on my pleadings. I am currently preparing a clear and comprehensive chart that directly cites facts, relevant law, supporting cases, and evidence from email exhibits to reduce confusion caused by overly wordy pleadings. Your feedback significantly contributes to my growth as the attorney I aspire to become.

Respectfully submitted,

/S/

_______________

Jane Doe
Pro Se Plaintiff
4301 50th Street, NW, Suite 300 #1140
Washington, DC 20016
jane.doe2023a@gmail.com
Dated: March 28, 2025

**CERTIFICATE OF SERVICE**

I hereby certify certify that, on March 28, 2025, a copy of the attached LETTER TO THE JUDGE CARL J. NICHOLS was filed and served through the court's electronic filing system to: Anessa Abrams aabrams@fordharrison.com FordHarrison LLP 2000 M Street, N.W. Suite 505 Washington, DC 20036.

/S/

____________________

March 28, 2025