## Patient Visit Summary

Diagnoses: **Near syncope; Post concussive syndrome**

I, [redacted] have received the attached patient education materials/instructions and have verbalized understanding.

Patient/Patient Representative Signature Date/Time

Relationship to Patient

Nurse Signature Date/Time

## Say Thank You

Take a minute to make the day of someone who has cared for you. Send a MedStar Washington Hospital Center associate a Wambi!
Wambi gives you a quick way to thank the people who impacted your care. Sharing gratitude helps them feel valued and appreciated, plus it's good for your health!
Text MWHC to 616.44.WAMBI (616.449.2624) or visit MWHC.wambiapp.com to use the platform.

Scan here!

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/28/2022 Document Reviewed: 04/28/2022
Elsevier Patient Education © 2022 Elsevier Inc.

# Post-Concussion Syndrome

A concussion is a brain injury. Post-concussion syndrome is when symptoms last longer than normal after a head injury.

## What are the causes?

The cause of this condition is not known. It can happen if your head injury was mild or very bad.

## What increases the risk?

- Being female.
- Being young.
- Having had a head injury before.
- Being sad (depressed) or feeling worried or nervous (having anxiety).
- Fainting when you got your concussion or not being able to remember it.
- Having many symptoms or very bad symptoms at the time of your injury.

## What are the signs or symptoms?

After a head injury, you may have physical symptoms, such as:

- Having headaches.
- Feeling tired.
- Feeling dizzy.
- Feeling weak.
- Having trouble seeing.
- Having trouble in bright lights.
- Having trouble hearing.
- Having problems balancing.

You may also have mental and emotional symptoms, such as:

- Not being able to remember things.
- Not being able to focus.
- Having trouble sleeping.
- Feeling grouchy (irritable).
- Feeling worried.
- Feeling sad.

- Having trouble learning new things.

These can last from weeks to months.

## How is this treated?

Treatment for this condition may depend on your symptoms. Symptoms usually go away on their own over time.

If you need treatment, it may include:

- Taking medicines.
- Resting your brain and body for a few days.
- Doing therapy to help you recover (rehabilitation therapy). This may include:
  - Physical or occupational therapy. This may include exercises.
  - Talking to a counselor.
  - Speech therapy.
  - Therapy to help your eyes.

## Follow these instructions at home:

### Medicines

- Take all medicines only as told by your doctor.
- Avoid pain medicines that have opioids in them. Ask your doctor which pain medicine to take.

### Activity

- Limit activities as told by your doctor. This may include not doing the following:
  - Homework.
  - Job-related work.
  - Hard thinking.
  - Watching TV.
  - Using a computer or phone.
  - Puzzles.
  - Exercise.
  - Sports.
- Slowly return to your normal activity as told by your doctor.
- Stop an activity if you have symptoms.
- Rest. Try to:
  - Sleep 7–9 hours each night.
  - Take naps or breaks when you feel tired during the day.
- **Do not** do anything that may cause you to get hurt again right away.

### General instructions

# Near-Syncope

Near-syncope is when you suddenly feel like you might pass out or faint. This may also be called presyncope. During an episode of near-syncope, you may:

- Feel dizzy, weak, or light-headed. It may feel like the room is spinning.
- Feel like you may vomit (nauseous).
- See spots or see all white or all black.
- ~~Have cold, clammy skin~~.
- Feel warm and sweaty.
- Hear ringing in your ears.

This condition is caused by a sudden decrease in blood flow to the brain. This can result from many causes, but most of those causes are not dangerous. However, near-syncope may be a sign of a serious medical problem, so it is important to seek medical care.

## Follow these instructions at home:

### Medicines

- Take over-the-counter and prescription medicines only as told by your doctor.
- If you are taking blood pressure or heart medicine, get up slowly and spend many minutes getting ready to sit and then stand. This can help with dizziness.

### Lifestyle

- **Do not** drive, use machinery, or play sports until your doctor says it is okay.
- **Do not** drink alcohol.
- **Do not** smoke or use any products that contain nicotine or tobacco. If you need help quitting, ask your doctor.
- Avoid hot tubs and saunas.

### General instructions

- Be aware of any changes in your symptoms.
- Talk with your doctor about your symptoms. You may need to have testing to help find the cause.