**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Jane Doe**,
Plaintiff,

**Civil Action No. 1:24-cv-03530-CJN**

v.

**UDC DAVID A. CLARKE SCHOOL OF LAW, et al**.,
Defendants.

**RESPONSE PURSUANT TO MARCH 28, 2025 STATUS CONFERENCE**

I'm writing this even though I'm in a lot of pain. Ever since I fainted and hit my head at the school, the third fall in March, nobody has cared. I went to the ER on March 29 after vomiting all night. Still, nobody cares. Since then, I've had extreme light sensitivity, dizziness, and brain fog. I haven't been able to get out of bed since I left the hospital. When I go back to school, I will have a disability aid because I can literally do nothing. It hurts just to read and write this now, but I have to respond because Attorney Abrams is lying again. Attorney Abrams told the Court that I never gave ARC my new medical records. That is false. I sent them to the Director of ARC,

PLEASE STOP INGORING MY REQUEST

MEDSTAR ER -....pdf

HL

To: Butler, Pamela

Sat 3/29/2025 7:00 PM

MEDSTAR ER - DETAIL CONCUSSI...
2 MB

Due to Demetrius Keller's negligence and ableist actions, my health has seriously declined. He ignored my doctor's note, which clearly stated the need for accommodations for a 3-hour class, failed to explain why he considered it insufficient, and accused me of lying instead of helping.

On March 28 at UDC Law, I fainted, hit my head, and briefly lost consciousness. I went to the ER on March 29 and was diagnosed again with concussion and am now near-syncope. The doctor wanted to admit me, but I left because I had to catch up on schoolwork after being forced to plead an emergency injunction due to Keller refusing to communicate. instead of focusing on my assignments.

Since that third incident at UDC Law, my symptoms have worsened: constant head pain, memory issues, and confusion. This is clear evidence of the harm Keller caused by refusing to communicate. ARC illegal action must change, and social workers must stop dismissing licensed doctors' advice as if they are God. This behavior violates NASW Code of Ethics Sections 1.01, 1.04, 1.05, and 1.07.

Pamela Butler, Keller's supervisor, on March 29, the same day I got out of the emergency room. Keller was my former accommodations counselor, but I asked to be reassigned after all his provable lies in his sworn affidavit. Ms. Butler had reached out to me just two days earlier, on March 27, to talk about Keller's abuse and how he refused to process my accommodations. She had previously approved my accommodations, so she is clearly part of the team. If she wasn't part of ARC, she wouldn't be making those decisions. She told me I could talk to her instead of Keller. Attorney Abrams clearly knows this, and she is lying again. The school is rewriting what the ADA actually means. It is a violation of the ADA for anyone other than a licensed medical professional to deny an accommodation that is based on a doctor's note. It also violates the ADA, Sec 504, DCHRA, and **NASW Code of Ethics** for a social worker like Keller to ignore or dismiss medical documentation from a treating doctor. That's why I reported him. The pain I am in is worse than the car accident.

Keller Abused Me and Created a Hostile, Ableist Learning Environment

Butler, Pamela

To: ; Accessibility Resource Center; Keller, Demetrius; Gilmore, Angela

Cc: Russell, Avis

Thu 3/27/2025 2:16 PM

Greetings

That email was sent out as an email blast to all currently registered students and was not meant to offend you. As of now, I can see you are still registered for classes and wanted to ensure that you received support for the remainder of the semester, as was provided to all ARC law students. If you feel more comfortable speaking with me directly regarding your concerns, please let me know. At this moment, the Office of General Counsel is addressing your request directly, outside of the ARC office. Again, this email was to provide you with information to support you if you chose to complete the remainder of the semester. I apologize for any inconvenience this email may have caused.



**Pamela Butler, M.S., CRC**
Director of the Accessibility Resource Center
The University of the District of Columbia

pamela.butler1@udc.edu

202-274-6907
Work

Save contact

Even the ER report says I have post-concussion syndrome and should limit reading and homework. But none of that seems to matter. Attorney Abrams keeps overwhelming me with long, fake legal arguments, putting the burden on a disabled student, when the school has the burden. They have the legal duty to accommodate. I don't understand all the legal language, but I do understand this: she is lying to the Court. And the Court is letting her. Every time she lies, nothing happens. I feel like I don't matter. But I'm asking again, please stop blaming the disabled student who is brain-injured and can't keep up. I did everything I could. I sent the records. I followed up. I tried. This process has been painful and humiliating. Nobody cares about me at all. The Court heard how slow my speech was on Friday. The Court heard me say I forgot how to mute my phone. Why is the Court torturing me? I've received accommodations all my life, and it has never been this hard. My head hurts so badly writing this, and nobody cares. The school has a legal duty to accommodate disabled students. Forcing me to jump through extra hoops while I'm injured and in pain is ableism. I just want my accommodations. That's all. Please make them stop lying about me and give me the help I need. And please appoint me a lawyer. I cannot handle Attorney Abrams's lies anymore.

Even the ER report says I have post-concussion syndrome and should limit reading and homework. But none of that seems to matter. Attorney Abrams keeps overwhelming me with long, fake legal arguments, putting the burden on a disabled student, when the school has the burden - legal duty to accommodate. I don't understand all the legal language, but I do understand this: she is lying to the Court. And the Court is letting her. Every time she lies, nothing happens. I feel like I don't matter. But I'm asking again, please stop blaming the disabled student who is brain-injured and can't keep up. I did everything I could. I sent the records. I followed up. I tried.

This process has been painful and humiliating. Nobody cares about me at all. The Court heard how slow my speech was on Friday. The Court heard me say I forgot how to mute my phone. Why is the Court torturing me? I've received accommodations all my life, and it has never been this hard. My head hurts so badly writing this, and nobody cares. The school has a legal duty to accommodate disabled students. Forcing me to jump through extra barriers while I'm injured and in pain is ableism. Accommodations does not require this much proof. I can not do it anymore. This is abuse. I just want my accommodations. That's all.

Please make Attorney Abrams stop lying about me and give me the help I need. And please appoint me a lawyer. I cannot handle Attorney Abrams's lies anymore.

Respectfully submitted,

/S/

Jane Doe
Pro Se Plaintiff
4301 50th Street, NW, Suite 300 #1140
Washington, DC 20016
jane.doe2023a@gmail.com
Dated: April 1, 2025

**CERTIFICATE OF SERVICE**

I hereby certify certify that, on April 1, 2025, a copy of the attached RESPONSE PURSUANT TO MARCH 28, 2025 STATUS CONFERENCE was filed and served through the court's electronic filing system to: Anessa Abrams aabrams@fordharrison.com FordHarrison LLP 2000 M Street, N.W. Suite 505 Washington, DC 20036.

/S/

April 1, 2025