**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JANE DOE**,
Plaintiff,

**Civil Action No. 1:24-cv-03530-CJN**

v.

**UDC DAVID A. CLARKE SCHOOL OF LAW, et al**.,
Defendants.

## Notice Completed All Requirements and Remote Appearance Due to Concussion

Today, around 11:45 a.m., I forgot that the Court had ordered me to complete a step with the Law School, NOT with ARC. I did complete that step with ARC on March 29, shortly after I left the Emergency Room. Today, a classmate who was listening to the hearing told me the Court order me to register with the Law School for accommodations, which I have **now completed**. I apologize for the misunderstanding, I did not mean any disrespect to the Court.

To: Butler, Pamela
Wed 4/2/2025 12:52 PM

I am available at your earliest convenience. Since the fall on March 28, which was even more severe than my car accident, I've had significant difficulty navigating school

Butler, Pamela
To: [redacted]
Wed 4/2/2025 2:55 PM

I am available at 2 pm tomorrow. Please let me know if that time works for you and I will send the meeting invite.



Pamela Butler, M.S., CRC
Director of the Accessibility Resource Center
The University of the District of Columbia

pamela.butler1@udc.edu

Please note that I've never had to register separately with the law school before. Like many other permanently disabled students, this is a new step, I was not familiar with, especially given my brain injury. I submitted my medical report to the ARC Director on Saturday and spoke with her today to schedule a meeting for tomorrow at 2pm. I **believe this fulfills all of the defendants' stated requirements.**

Today in Tax class, I experienced an intense pain episode that caused me to burst into tears, and the professor had to pause the class so I could take a break. I was wearing sunglasses because the lights were too bright, and I relied on a disability aid to assist me walking.

Due to my Concussion and Near Syncope, I am currently **unable** to advocate for myself or fully understand the defendant's filings. A known **side effect of a concussion** is increased **irritability, emotional dysregulation, and a shortened temper.** I am concerned that, in continuing to advocate for myself while managing these symptoms, I may unintentionally come across as disrespectful to the Court, something I would never intend. Upon reflection, I believe that my recent motion may have been influenced by frustration and emotional overwhelm, particularly statements such as *"nobody cares about me."* Had I not been in significant physical pain yesterday, I would not have written those words. I sincerely apologize to the Court for that moment of emotional outburst and assure you that it does not reflect my usual tone or respect for these proceedings.

Since I've **completed all the steps requested by the defendant**, I respectfully ask the Court to consider the following:

1. Allow the meeting to be held via Zoom tomorrow;
2. If not possible, permit me to bring a disability aid to assist me with walking; or
3. Grant a stay of proceedings until my concussion and near syncope improve.

Respectfully submitted,

/S/

______________

Jane Doe
Pro Se Plaintiff
4301 50th Street, NW, Suite 300 #1140
Washington, DC 20016
jane.doe2023a@gmail.com
Dated: April 2, 2025

**CERTIFICATE OF SERVICE**

I hereby certify certify that, on April 2, 2025, a copy of the attached (NOTICE COMPLETED ALL REQUIREMENTS AND REMOTE APPEARANCE DUE TO CONCUSSION) was filed and served through the court's electronic filing system to: Anessa Abrams aabrams@fordharrison.com FordHarrison LLP 2000 M Street, N.W. Suite 505 Washington, DC 20036.

/S/

___________________

April 2, 2025