**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JANE DOE**,
Plaintiff,

**Civil Action No. 1:24-cv-03530-CJN**

v.

**UDC DAVID A. CLARKE SCHOOL OF LAW, et al**.,
Defendants.

**NOTICE OF CORRECTION AND CLARIFICATION**

I, Jane Doe, Plaintiff in the above-captioned matter, respectfully submit this Notice to correct the record regarding a misstatement made in one of my prior filings.

In a recent pleading, I mistakenly attributed the following statements to Dean Yannick Brookes:

*"I did not observe Plaintiff in distress… or in any physical state that would indicate a fall or injury.*

Upon rereading the record, I now understand that Dean Brookes did not make those statements. The statements I remembered were actually made by **Defendants' attorney, referring to something allegedly said by a different professor**—not Dean Brookes. At the time I wrote the filing, I was working while suffering from a **severe concussion**. My thinking was temporarily scrambled. I was dealing with confusion, memory disruption, and emotional overwhelm, and I genuinely believed those words had come from Dean Brookes.

I am filing this Notice to correct the record and clarify that the statements at issue appear in filings by Defendants' counsel and refer to comments allegedly made by another professor, not Dean Brookes. This correction is submitted in good faith and in the interest of maintaining accuracy and integrity before the Court.

This incident also highlights another reason why I respectfully renew my request for appointment of counsel. I am still experiencing ongoing medical challenges caused by the concussion, and Defendants have repeatedly tried to create a false narrative that I am not injured. In their most recent pleading, defense counsel even dismissed the emergency room's diagnosis, despite clear documentation. Given my medical condition, caused in part by the Defendants' ongoing misconduct, and the complexity of these proceedings, I believe that having legal representation is necessary to ensure that my rights are fully protected and that the record remains accurate.

Respectfully submitted,

/S/

_______________

Jane Doe
Pro Se Plaintiff
4301 50th Street, NW, Suite 300 #1140
Washington, DC 20016
jane.doe2023a@gmail.com
Dated: April 4, 2025

**CERTIFICATE OF SERVICE**

I hereby certify certify that, on April 4, 2025, a copy of the attached Plaintiff's Reply Defendant's Opposition Emergency Preliminary Injunction was filed and served through the court's electronic filing system to: Anessa Abrams aabrams@fordharrison.com FordHarrison LLP 2000 M Street, N.W. Suite 505 Washington, DC 20036.

/S/

______________________
April 4, 2025