**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JANE DOE**,
Plaintiff,

**Civil Action No. 1:24-cv-03530-CJN**

v.

**UDC DAVID A. CLARKE SCHOOL OF LAW, et al**.,
Defendants.

**PLAINTIFF'S NOTICE TO THE COURT: ONGOING ABUSE, MEDICAL HARM, AND JUDICIAL COMPLICITY**

With help, I am still forced to file this through blinding pain, heavily medicated, undergoing speech therapy, vision therapy, and physical therapy, with medical appointments piling up, and only a few days left in the semester, because no one is helping me, and this Court refuses to act. Since suffering a traumatic brain injury, I have begged for support, pleaded for reasonable accommodations, basic clarity, and even the appointment of counsel, because I can no longer advocate for myself. And at every turn, **I've been ignored**.

What began as a manageable injury became a life-threatening medical emergency, because this Court refused to act when it mattered most. The Defendant caused my March 28 collapse at the law school, which resulted in post-concussion symptoms. But it was the second collapse on April 9 at the law school, also caused by the Defendant, that triggered secondary impact syndrome. This happened after the Court ingored my emergency motions, and it left me permanently neurologically impaired. That second collapse, and the disability I now live with,

were the direct and proximate result of the Defendant's misconduct and this Court's refusal to intervene.

Even now, after ER visits, seizures, and multiple doctors' notes confirming I am not cognitively able to represent myself, the Court continues to force me to act as my own lawyer, while on medication, while slurring my speech, while unable to remember basic information, and while struggling to survive. I can barely hold conversations, let alone navigate litigation. It is nearly impossible for me to hire a lawyer or even reach out for one. Forcing a neurologically impaired plaintiff to serve as her own counsel under these conditions is not just inhumane, it is illegal. I begged my doctor to violate her clinic's policy and include the 'magic words' the Defendant demanded, because without them, they refused to process my accommodations. *See doctor letter below.* That refusal led directly to the brain injury I suffered on April 9. And even after that collapse, the Defendant still refused to implement the medical orders clearly laid out by my doctor. After seeing what happened on April 9, even my doctor realized this wasn't just medical, it was systemic. I always knew it wasn't about documentation. It was never about procedures. It was about punishment. It was about control. It was about their willful abuse of a disabled student, and this Court turned a blind eye. Emailed the Defendant the April 10th doctor's letter, which confirmed two ER visits, diagnosed memory loss, worsening post-concussion syndrome, and explicitly ordered excused absences, remote participation, and Incompletes. They ignored it anyway. Since April 18, I have sent four formal, documented pleas to Dean Brookes, ARC Director Butler, and others, each one **written in pain, with help, and each one taking a toll on my already fragile health**. As of today, May 2, 2025, not one of those emails has received a response. Not one. And why should the Defendant respond? This Court has

made clear they don't have to. Your Honor refused to enforce the ADA. You refused to apply controlling DOJ guidance. You said on March 28 that DOJ guidance is not law, despite it being written into the ADA and made mandatory as a matter of law. You refused to even require the Defendant to participate in the interactive process that federal law demands. You told them, by your silence, that they are above the law.

That is why the Defendant looks at this Court and acts like they have it in their pocket, because they do. Because this Court has allowed them to lie, to delay, to ignore me, to inflict physical and mental harm, and to walk away from their legal obligations without a single consequence.

Because I am disabled, I have not been treated with the dignity and legal protections this Court is sworn to uphold. The very rights this Court was entrusted to enforce, you refused to enforce. And the cost has been my body, my education, and my future.

In those ignored emails, I begged for:

- Incomplete grades in courses I could not complete while recovering from a brain injury;
- Confirmation that I can participate in graduation and receive tickets for my family—not "Will Call" tickets used as punishment for filing this lawsuit;
- Deferrals for final exams.

I wasn't just ignored by the Defendant, I was ignored because this Court gave them permission. You created a system where the Defendant knows it can do nothing, say nothing, and break the law without consequences, because the judge will not stop them.

I can barely write this. It takes me weeks to complete legal pleadings because every sentence causes physical pain. I told this Court I could not advocate for myself, and you did nothing. I warned in my filings that another fall could be fatal, and still you demanded "magic

words" from my doctors instead of protecting my safety. Even after I collapsed again, you let the Defendant continue pretending nothing happened.

You didn't just fail to enforce the law, you made me fight alone while I was injured, disoriented, and in medical crisis. You turned your back on your duty. And now, you are watching as the Defendant tries to block me from graduating, refuses to issue Incompletes, and won't even respond to my emails, because they know there will be no consequences.

This is not a legal system that protects the vulnerable. This is a system that punished me for being disabled, that stood by while I was forced to attend in person, while I collapsed again and again and again and again, while I suffered brain damage, and while I pleaded for help. The Defendant left me to fall. And this Court stood silent. Now, as the end of the semester approaches, the law school still refuses to respond to my emails. No one is talking to me. I have no plan, no accommodations, no answers, because this Court allowed the Defendant to disappear, knowing I had no capacity to fight alone.

**I ask again:**

1. Order the Defendant to grant "Incompletes" as order by my doctor;
2. Confirm that I am allowed to participate fully in graduation and receive tickets for my family, not "Will Call" tickets used as punishment for filing this lawsuit; *see April 19 email.*
3. Require the Defendant to engage in the interactive process (as order by my doctor) and the law, and do so in good faith, with ADA counsel present;
4. Immediately rule on my March 28 and April 20 motions to appoint a lawyer;
5. This harm escalated because the Court refused to act when it mattered. Now it must act to stop what it allowed to happen.

The Court continues to order me to appear in person, even though remote access is the exact accommodation I've been requesting since before I was taken to the emergency room. Forcing me to appear physically, while disabled, while on medication, and while repeatedly requesting remote participation, is further proof of this Court's bias, cruelty, and abuse of authority. The Court have records confirming that I now suffer from neurological damage so severe that I cannot even follow simple movies, and yet this Court still expects me to serve as my own lawyer, write legal filings, and attend in-person hearings without any support. This is not accommodation. It is exploitation. This Court was not just a witness to my injury, it was a cause of it. And unless you act now, it will be complicit in the final harm: denying me my law degree after I nearly died trying to earn it.

I am asking this Court not to delay any further. Please rule on this motion before May 5, 2025 motion before it is too late, before finals end, before the semester closes, and before everyone at the law school is gone and there is no one left to communicate with me. I am running out of time. And this Court must decide whether it will protect "protected class" disabled student in crisis, or once again stand by in silence while permanent harm is done.

# DOCTOR LETTER ORDER

**Mary's Center**
Quality healthcare. Stronger communities.

4/10/2025

[redacted]

To whom it may concern,

[redacted] is a patient at Mary's Center. She is currently suffering from post-concussion syndrome following a motor vehicle accident with symptoms worsening in the last month. She has had two ER visits in this time (3/28/2025 and 4/9/2025) and was seen by me on April 4. Post-concussion syndrome (F07.81) is characterized by headache, dizziness, difficulty concentrating and problems with short-term memory. She has been referred to Neurology for further evaluation given her symptoms are worsening and not improving with time.

Ms. [redacted] would benefit from being able attend classes remotely due to her concussion, as she is currently not able to safely walk unassisted/unattended and her symptoms may be disruptive to the learning of others. Additionally, she would benefit from being permitted to utilize pre-recorded lectures when her symptoms prevent her from attending class as it is occuring.

While I was only made aware of Ms. [redacted]'s symptoms on April 4, she reports that they made it difficult to participate starting March 19, 2025. Please consider excusing these absences.

If you are unable to provide these exact accommodations, please work with Ms. [redacted] to find alternative accomodations that allow her to participate in scheduled classes and activities as graduation approaches. If she is unable to catch up on the material in time, please mark her courses Incomplete ("I") so that she may work with faculty to complete them on an adjusted schedule.

Thank you,
Dana Mueller, MD
Internal Medicine

**All emails ingored as of May 2, 2025**

**April 18, 2025 email**

**Legal & Bar Success Foundations Exam**

**From**
**Date** Fri 4/18/2025 4:50 PM
**To** Brookes, Yannick <yannick.brookes@udc.edu>; Butler, Pamela <pamela.butler1@udc.edu>

I wanted to let you know that I am not medically cleared to take the Legal & Bar Success Foundations exam on April 19. Since the life-threatening collapse on April 9, I've been experiencing ongoing symptoms, including seizures and significant brain fog, which is making it difficult to even read or process emails. I'm still not stable enough to sit for the exam.

Please let me know what steps I should take regarding this exam, and whether we can discuss options, including an incomplete, as part of the interactive process.

**April 19, 2025 Email**

## Hooding Ceremony and Graducation Ceremony Tickets

**From**
**Date** Sat 4/19/2025 1:33 PM
**To** Brookes, Yannick <yannick.brookes@udc.edu>; Young-Jones, Loretta <loretta.youngjones@udc.edu>
**Cc** Butler, Pamela <pamela.butler1@udc.edu>

I believe I completed the "**Intent to Participate"** form for the Hooding Ceremony, which should qualify me to receive tickets. However, I have not yet received any tickets or confirmation, and I'm having trouble understanding whether there may be an issue.

If, for any reason, my form was not received or processed, I want to make clear that this would have been due entirely to my disability. I sustained two serious brain injuries from falls at the law school on **March 28 and April 9**. Since the April 9 collapse, I have spent much of my time in a near-comatose sleep state and remain cognitively impaired. I have been unable to fully process or respond to emails, complete forms, or meet deadlines. If the "Intent to Participate" form was missed, I respectfully request that an **exception be granted** as a reasonable accommodation under the ADA, Section 504, Developmental Disabilities Assistance, Bill of Rights Act of 2000 (DD Act) and DCHRA.

I'm also copying ARC on this email, as they have a legal duty to ensure students with disabilities can access all graduation-related processes equally. Denying access to graduation tickets because of missed paperwork caused by a documented disability would be unlawful.

I understand that tickets for the Graduation Ceremony on **Saturday, May 10, 2025**, were expected to be released by April 14 to students who completed the form. If I misunderstood the timeline or missed a step, I would truly appreciate your help confirming my status and next steps.

Thank you for your time, patience, and support during this incredibly difficult time.

## April 22, 2025 Email

---

**Urgent Request for Support: Graduation, Incompletes, and Disability Accommodations**

---

**From**
**Date** Tue 4/22/2025 5:52 AM
**To** Butler, Pamela <pamela.butler1@udc.edu>; Brookes, Yannick <yannick.brookes@udc.edu>

My life has been permanently altered because Mr. Keller ignored my simple and reasonable accommodation request. I now suffer from seizures and may have a permanent brain injury, injuries that could have been prevented if the school had granted my remote access request when I first submitted it.

Instead, the accommodation was only approved *after* my collapse on April 9, when the damage had already been done.

In a prior meeting, I asked for support navigating this process. I received none. I was told to contact the Deans of the law school, but I received no help. Because of my brain injury, I now struggle to understand many of the emails I receive. I can tell the policies being cited are not appropriate and are being applied in a way that creates illegal barriers under the ADA to deny access. It is all extremely confusing and distressing, and I need **someone to walk me through what options I have.**

I am **urgently requesting a real person, someone willing to help me navigate what I need to do to graduate in May.**

Specifically, I need clarity and assistance with the following:

1. **Can I still walk at graduation?** I need confirmation.
2. **Can I receive incompletes for the classes I was unable to finish due to my documented disability? And still walk in May?**
3. **Can I submit a video project for my Disability Rights class with Dean Brittain instead of presenting live?** I've received this accommodation for the past three years, but I don't know if it was officially listed this semester.

I am in medical distress. I cannot go through this alone. Please respond as soon as possible and let me know who can help me complete my final weeks with dignity and the accommodations I am legally entitled to.

I am sending this email to both ARC and Dean Brookes because ARC keeps saying the Law School's Deans are the reason why I am not being accommodated, and the Deans keep saying it is ARC's responsibility. This back and forth has been happening for almost 3 years through email evidence. And I am writing this at 5am because I can not sleep due to all the abuse from the school.

Sincerely,

**April 23, 2025 Email**

**2nd Urgent Request for Support: Graduation, Incompletes, and Disability Accommodations**

**From**
**Date** Wed 4/23/2025 6:59 PM
**To** Butler, Pamela <pamela.butler1@udc.edu>

1 attachment (659 KB)
5th Doctor Note PC Hardaway_Lena_20250410.pdf;

I really need help, and nobody is reaching out to me, not even Dean Brookes. I would like a meeting to discuss yesterday's email finals, graduations, and incompletes. This is a formal reasonable accommodation request an **Incomplete grade** in **Legal Bar and Tax**, along with **postponement of my Business Organizations and Tax exams** to a later date this summer. (And a video presentation for Disability Rights class, this is normally what I have been given 1L, but I don't see it on my approved accommodation list, or maybe I am mistaken.)

As you are aware, I experienced a **serious concussion and ongoing neurological symptoms**, which significantly impacted my ability to safely and meaningfully complete my coursework during the spring semester. Multiple emergency room visits, documented falls, and medical notes confirm that I was physically unable to meet academic obligations during this time.

I am not requesting a withdrawal or a grade penalty — I am asking for a **reasonable accommodation** under the **ADA and Section 504**. Granting an **Incomplete** will allow me to complete the required work during the summer when my health is more stable.

This request is consistent with guidance from the **Department of Education's Office for Civil Rights**, which makes clear that schools must offer academic flexibility where appropriate for students with disabilities.

Please confirm that this plan is acceptable, or let me know if further steps are needed like a meeting. Attach 5th doctor note

Respectfully submitted,

/S/

________________

Jane Doe
Pro Se Plaintiff
4301 50th Street, NW, Suite 300 #1140
Washington, DC 20016
jane.doe2023a@gmail.com
Dated: May 2, 2025

**CERTIFICATE OF SERVICE**

I hereby certify certify that, on May 2, 2025, a copy of the attached PLAINTIFF'S NOTICE TO THE COURT: ONGOING ABUSE, MEDICAL HARM, AND JUDICIAL COMPLICITY was filed and served through the court's electronic filing system to: Anessa Abrams aabrams@fordharrison.com FordHarrison LLP 2000 M Street, N.W. Suite 505 Washington, DC 20036.

/S/

______________________

May 2, 2025